**DODGE–REGUPOL, INC.,**
**Plaintiff–Appellee,**

v.

**RB RUBBER PRODUCTS, INC.,**
**Defendant–Appellant.**

No. 2011–1174.

United States Court of Appeals,
Federal Circuit.

Feb. 23, 2011.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**MOTOR WORKS, LLC,**
**Plaintiff–Appellee,**

v.

**SAFER TECHNOLOGIES, INC., Cerma Technology, Inc., George Ackerson, Mary Stranahan, Nicholas Streit, Edward Halbach, and Tim Streit, Defendants–Appellants.**

No. 2011–1142.

United States Court of Appeals,
Federal Circuit.

Feb. 24, 2011.

Robert C. Weems, Weems Law Offices, Fairfax, CA, for Plaintiff-Appellee.

James M. Hanavan, Craigie, McCarthy & Clow, San Francisco, CA, for Plaintiff-Appellee.

### ORDER

Pursuant to this court's order filed February 8, 2011,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Ninth Circuit.